# UNITED STATES BANKRUPTCY COURT
**Eastern District of Kentucky**
**Lexington Division**

In Re: Joseph Gerard Venturi
    Eileen Mary Venturi
    120 Cassius Ct
    Berea, KY 40403
    120 Cassius Ct
    Berea, KY 40403
aka/dba:

Case Number:  10–51654–jms

Chapter: 7

Trustee:  James D. Lyon
209 E High St
Lexington, KY 40507
(859) 252–4148

Debtor(s)

## CHAPTER 7 ORDER TO DEBTOR

The above–named debtor shall within 14 days from the date of filing of the petition turn over to the trustee, whose name and address appear above, the following documents:

1. Copies of all books, records of account, bank books, bank statements and cancelled checks for the 6 months preceding bankruptcy (the last bank statement must show the amount on deposit on the date of bankruptcy);

2. The original or a certified copy of the deed or contract under which the debtor holds title to or any interest in real estate, and certified copies of all recorded mortgages, liens, or encumbrances upon said real estate (these documents may be obtained from the office of the county court clerk of the county in which the real estate is located);

3. Title papers to any motor vehicles, mobile homes, trailers or boats (if original papers have been lost, duplicates must be obtained from the office of the county court clerk of the county in which the vehicles are registered);

4. Certificates of stock, bonds, keys to any safety deposit boxes, and contracts of life or burial insurance;

5. Copies of the debtor's last state and federal income tax returns;

6. Contracts or title papers pertaining to any property of the debtor; and

7. Copies of all notes, security agreements, loan disclosure statements and other documents relating to loan transactions to which the debtor is a party;

8. Copies of all payment advices (such as pay stubs) or other evidence of income received within 60 days before the date of the filing of the petition. Copies shall be sent to the trustee, whose address is above, <u>and</u> the U.S. Trustee whose address is: U.S. Trustee's Office, c/o Income Office, 100 E. Vine St., Suite 500, Lexington, KY 40507. (Applies to cases filed on or after October 17, 2005.)

***Failure to timely comply with this order will result in the filing of a motion to dismiss the within case.***

***Counsel for the debtor is responsible for seeing that the debtor complies with this order.***

Except for surrender of the aforementioned documents to the trustee, the debtor is restrained and enjoined from transferring, abandoning, releasing to creditors, or in any way disposing of property of the estate until further order of the court.

DATED: 5/19/10

                                          By the court –

                                          /s/ Joseph M. Scott Jr.
                                          Joseph M. Scott Jr.
                                          U.S. Bankruptcy Judge

KYE_od7                                                                                                                 9